# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 116 MM 2022

v.

CHARLESTAE TAGGART :

PETITION OF: CAROLE L. MCHUGH, :
ESQUIRE :

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of March, 2023, in consideration of the Application for Leave to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Chester County to determine whether Attorney Carole L. McHugh should be permitted to withdraw.  In the event the Court of Common Pleas of Chester County permits Attorney McHugh to withdraw, the court is to resolve any other related questions, including whether Charlestae Taggart should be appointed counsel for purposes of allocatur review.

The Court of Common Pleas of Chester County is DIRECTED to enter its order on remand within 90 days and to promptly inform this Court of its determination.